# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132933

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ERIC DAVID THOMPSON,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132933
COA: 263585
Wayne CC: 03-008772-01

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

p0416